RAFFI R. SHAHINIAN
Cal. Bar No. 185962
    815 S. Central Avenue, Suite 19
    Glendale, CA 91204
    T: (818) 244-8843
    F: (818) 244-8834
    E: *shahinianlaw@gmail.com*
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MIGRAN KARAPETYAN,<br><br>        Plaintiff,<br><br>  vs.<br><br>MICHAEL J. ASTRUE, Commissioner of<br><br>Social Security,<br><br>        Defendant. | NO.    CV 09-4192 PJW<br><br>ORDER RE: E.A.J.A.<br> FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that Plaintiff's counsel, as Plaintiff's assignee, shall be awarded attorney fees under the Equal Access to Justice Act ("EAJA") in the amount of One Thousand Nine Hundred Dollars and 00/cents ($1,900.00), as authorized by 28 U.S.C. §2412(d), subject to the terms of the above-referenced Stipulation.

DATED: 10/29/09

                                      _____
                                      PATRICK J. WALSH
                                      UNITED STATES MAGISTRATE JUDGE